# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-5110**                                     **September Term, 2019**

**1:20-cv-00832-UNA**

**Filed On:** July 8, 2020

Vitaly E. Pilkin,

        Appellant

    v.

United States Department of Justice and
William P. Barr, in his Official Capacity as
Attorney General of the United States,

        Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Henderson and Griffith, Circuit Judges; Sentelle, Senior Circuit
Judge

### J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief and appendix filed by appellant. See Fed.
R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed April 14, 2020,
be affirmed. The district court correctly concluded that decisions of the Attorney
General of whether to investigate claims for possible criminal or civil prosecution are
presumptively immune from judicial review. See Shoshone-Bannock Tribes v. Reno,
56 F.3d 1476, 1480 (D.C. Cir. 1995) ("In both civil and criminal cases, courts have long
acknowledged that the Attorney General's authority to control the course of the federal
government's litigation is presumptively immune from judicial review."). Contrary to
appellant's arguments, the Federal Tort Claims Act, 28 U.S.C. § 1346(b)(1), does not
rebut that presumption.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

## No. 20-5110

## September Term, 2019

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk